MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendants
LOMPOC VALLEY MEDICAL CENTER
and WAYNE JONAS, M.D.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MAESTRO,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOMPOC VALLEY MEDICAL CENTER, and JOHN and JANE Does 1 through 10,<br><br>        Defendants. | Case No.   CV13-5448 R(JC)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS LOMPOC VALLEY MEDICAL CENTER AND WAYNE JONES, M.D. AND ORDER**<br><br>**Date Complaint Filed:**  March 22, 2013<br>**Trial:**  not set |

   IT IS HEREBY STIPULATED by and between Plaintiff RUSSELL MAESTRO on the one hand and Defendants LOMPOC VALLEY MEDICAL CENTER and WAYNE JONAS, M.D. on the other hand, parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety as to Defendants LOMPOC VALLEY MEDICAL CENTER and WAYNE JONAS, M.D. only.  Each side shall pay its own attorneys' fees and costs.  Defendant LOMPOC VALLEY MEDICAL CENTER and WAYNE JONAS, M.D. agrees to the dismissal with prejudice.

   This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be valid and binding as original signatures.

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

**1408627:  STIPULATION FOR DISMISSAL OF DEFENDANTS LOMPOC VALLEY MEDICAL CENTER AND WAYNE JONES, M.D. AND ORDER**

200-9557/ATS/718718.doc

Wherefore, Plaintiff RUSSELL MAESTRO and Defendants LOMPOC VALLEY MEDICAL CENTER and WAYNE JONAS, M.D., by and through their attorneys of record, so stipulate. IT IS SO STIPULATED.

Dated: September 29, 2014

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: ___/s/_____
    AARON T. SCHULTZ, ESQ.
Attorneys for Defendants
LOMPOC VALLEY MEDICAL CENTER
and WAYNE JONAS, M.D.

Dated: September 11, 2014_____

By: ___/s/_____
    Russell Maestro
Plaintiff In Pro Per

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit, as to Defendants LOMPOC VALLEY MEDICAL CENTER and WAYNE JONAS, M.D., is dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 3, 2014

_____
HONORABLE  MANUEL L. REAL
United States District Judge

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

**1408627:  STIPULATION FOR DISMISSAL OF DEFENDANTS LOMPOC VALLEY MEDICAL CENTER AND WAYNE JONES, M.D. AND ORDER**

200-9557/ATS/718718.doc