UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MAESTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-5448 R(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all documents filed in connection with the Motion for Summary Judgment filed by defendant Magana ("Magana Motion"), the Motion for Summary Judgment filed by defendants Gross, Murphy, Perrodin, Ortiz, Lewis, Padilla, Carlon, Austin, Buckley, and Foster ("Joint Motion"), plaintiff's Motions to Strike evidence related thereto, and Plaintiff's Motion for Summary Judgment against defendant United States ("Plaintiff's Motion"), together with all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

///

///

IT IS HEREBY ORDERED THAT: (1) Plaintiff's Motions to Strike evidence are denied; (2) the Magana Motion is granted; (3) the Joint Motion is granted; (4) Plaintiff's Motion is denied; and, in light of the foregoing, (5) this action will proceed solely on plaintiff's remaining FTCA claim against the United States.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: January 15, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE