JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUSSELL MAESTRO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA (in tort under Federal Tort Claims Act); BALTAZAR MAGANA; and John or Jane DOES 1 through 20 (in civil rights under Bivens),<br><br>　　　　　Defendants. | Case No: CV13-05448 R (JC)<br><br>**ORDER ACCEPTING THE PARTIES' STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF ALL CLAIMS PURSUANT TO 28 U.S.C. § 2677 AND DISMISSING THE CASE WITH PREJUDICE**<br><br>Honorable Manuel L. Real<br>United States District Judge |

The Stipulation for Compromise Settlement and Release of All Claims filed by the parties hereto is accepted by the Court. This case is dismissed with prejudice with each party to bear its own fees, costs, and expenses.

Date: August 29, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　United States District Judge